DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RENATO R. REMAK, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1825

_____

October 10, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Rachael E. Reese of Rachael Reese, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and BLACK and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.